**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENPULZ AUTOMOTIVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., and TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>Defendants. | Case No. 2:26-cv-00<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Enpulz Automotive LLC ("Enpulz" or "Plaintiff") for its Complaint against Defendants Toyota Motor Corporation, Toyota Motor North America, Inc., and Toyota Motor Sales, U.S.A., Inc. (collectively, "Toyota" or "Defendants") for patent infringement alleges as follows:

**THE PARTIES**

1. Enpulz is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business located at 700 South Central Expressway, Suite 400 PMB 299, Allen, TX 75013.

2. Defendant Toyota Motor Corporation ("TMC") is a corporation organized and existing under the laws of Japan with a principal place of business at 1 Toyota-cho, Toyota City, Aichi Prefecture 471-8571, Japan. TMC conducts business in Texas and in the Eastern District of Texas, directly or through intermediaries, including subsidiaries, distributors, affiliates, retailers, suppliers, integrators, customers, and others.

3. TMC is engaged in making, using, selling, offering for sale, and/or importing vehicles to and throughout the United States, including this District. TMC also induces its subsidiaries, distributors, affiliates, retailers, suppliers, integrators, and customers in the making, using, selling, offering for sale, and/or importing such products to and throughout the United States, including this District. To this end, TMC and its foreign and U.S.-based subsidiaries—which act together as part of TMC's global network of sales and manufacturing emissaries— have operated as agents of, and for, one another and have otherwise acted vicariously for TMC as elements of the same business group and/or enterprise. Indeed, they work in concert and in orchestrated fashion, subject to agreements that are far nearer than arm's length, in order to implement a distribution channel of infringing products within this District and the United States.

4. TMC maintains a substantial corporate presence in the United States via at least its U.S.-based co-Defendant subsidiaries, namely Toyota Motor North America, Inc. and Toyota Motor Sales, U.S.A., Inc.

5. Alone and through at least the activities of its U.S.-based co-Defendant subsidiaries, TMC conducts business in the United States and this District, including importing, making, distributing, and selling the Accused Products that infringe the Asserted Patents. *See Trois v. Apple Tree Auction Ctr., Inc.*, 882 F.3d 485, 490 (5th Cir. 2018) ("A defendant may be subject to personal jurisdiction because of the activities of its agent within the forum state . . . ."); *see also Cephalon, Inc. v. Watson Pharms., Inc.*, 629 F. Supp. 2d 338, 348 (D. Del. 2009) ("The agency theory may be applied not only to parents and subsidiaries, but also to companies that are 'two arms of the same business group,' operate in concert with each other, and enter into agreements with each other that are nearer than arm's length.").

6. Through importation, manufacture, offers to sell, sales, distributions, and related agreements to transfer ownership of TMC's products with distributors and customers operating in and maintaining significant business presences in the United States, TMC does extensive business in the United States, this State, and this District.

7. Defendant Toyota Motor North America, Inc. ("TMNA") is a corporation organized and existing under the laws of California, with its principal place of business in this District at 6565 Headquarters Drive, Plano, Texas 75024. On information and belief, TMNA is a wholly-owned subsidiary of TMC. TMNA may be served with process through its registered agent, CT Corporation System, located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201. On information and belief, TMNA is responsible for research and development, manufacturing, sales, offers for sale, marketing, importation, and distribution of automotive vehicles from Toyota-managed brands (e.g., Toyota and Lexus) in the United States, including this District.

8. Defendant Toyota Motor Sales, U.S.A., Inc. ("TMS") is corporation organized and existing under the laws of California, with its principal place of business in this District at 6565 Headquarters Dr., Plano, Texas 75024. On information and belief, TMS is a wholly-owned subsidiary of TMC. TMS may be served through its registered agent, CT Corporation System, located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201. On information and belief, TMS is responsible for sales, marketing, and distribution of automotive vehicles from Toyota-managed brands (e.g., Toyota and Lexus) in the United States, including this District.

## JURISDICTION

9. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

10. This Court has specific and general personal jurisdiction over Toyota consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute because, among other things, each (i) has engaged in continuous, systematic, and substantial business in Texas, (ii) maintains a principal place of business in Texas and in this District, (iii) is registered to do business in Texas, and (iv) has committed and continues to commit, directly or through intermediaries (including subsidiaries, agents, distributors, affiliates, retailers, suppliers, integrators, customers, and others), acts of patent infringement in this State and this District. Such acts of infringement include making, using, testing, offering for sale, selling, and/or importing the Accused Products (as more particularly identified and described throughout this Complaint) in this State and this District and/or inducing others to commit acts of patent infringement in this State and District. Indeed, Toyota has purposefully and voluntarily placed, and is continuing to place, one or more Accused Products into the stream of commerce through established distribution channels (including the Internet) with the expectation and intent that such products will be sold to and purchased by consumers in the United States, this State, and this District; and with the knowledge and expectation that such products (whether in standalone form or as integrated in downstream products) will be imported into the United States, this State, and this District.

11. In addition, Toyota has derived substantial revenues from their infringing acts occurring within this State and this District. Toyota has substantial business in this State and this District, including (i) at least part of its infringing activities alleged herein and (ii) regularly doing or soliciting business, engaging in other persistent conduct, and/or deriving substantial revenue from infringing goods offered for sale, sold, and imported, and services provided to Texas residents

vicariously through and/or in concert with its agents, intermediaries, distributors, importers, customers, subsidiaries, and/or consumers.

12. In addition, Toyota has knowingly induced, and continues to knowingly induce, infringement within this State and this District by advertising, marketing, offering for sale and/or selling the Accused Products (as more particularly identified and described throughout this Complaint) that incorporate the fundamental technologies covered by the Asserted Patents. Such advertising, marketing, offering for sale and/or selling of the Accused Products is directed to consumers, customers, manufacturers, integrators, suppliers, distributors, resellers, partners, and/or end users, and this includes providing instructions, user manuals, advertising, and/or marketing materials that facilitate, direct and encourage use of infringing functionality with Toyota's knowledge thereof.

13. Toyota has, in the multitude of ways described above, availed itself of the benefits and privileges of conducting business in this State and willingly subjected itself to the exercise of this Court's personal jurisdiction over them. Toyota also has sufficient minimum contacts with this forum through their transaction of substantial business in this State and this District and their commission of acts of patent infringement as alleged in this Complaint that are purposefully directed towards this State and District.

14. Venue is proper in this District with respect to Toyota pursuant to 28 U.S.C. §§ 1391 and 1400(b) because, among other things, (i) Toyota is subject to personal jurisdiction in this District, (ii) Toyota has committed acts of patent infringement in this District, and (iii) Toyota has at least one regular and established place of business in this District, including at 6565 Headquarters Dr., Plano, Texas 75024.

15. Venue is further proper in this Judicial District pursuant to 28 U.S.C. § 1391 because, among other things, TMC does not reside in the United States, and thus may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3).

16. In addition, or in the alternative, this Court has personal jurisdiction over TMC pursuant to Fed. R. Civ. P. 4(k)(2).

17. Moreover, on information and belief, Defendants have not contested or admitted to proper venue in this Judicial District in past actions for patent infringement. *See, e.g.*, *Bunker Hill Techs., LLC v. Toyota Motor Corp.*, Case No. 2:25-cv-1133, Dkt. No. 21 ¶ 15 (E.D. Tex. Mar. 10, 2026) ("[TMC, TMNA, and TMS] do not dispute that venue is proper in this District.").

## PATENTS-IN-SUIT

18. On July 17, 2018, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,023,020 (the "'020 Patent") entitled "Look Ahead Vehicle Suspension System." A true and correct copy of the '020 Patent is attached hereto as Exhibit A.

19. On November 6, 2018, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,118,454 (the "'454 Patent") entitled "Look Ahead Vehicle Suspension System." A true and correct copy of the '454 Patent is attached hereto as Exhibit B.

20. On June 18, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,322,615 (the "'615 Patent") entitled "Look Ahead Vehicle Suspension System." A true and correct copy of the '615 Patent is attached hereto as Exhibit C.

21. On November 19, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,479,158 (the "'158 Patent") entitled "Look Ahead Vehicle Suspension System." A true and correct copy of the '158 Patent is attached hereto as Exhibit D.

22. Enpulz is the sole and exclusive owner of all right, title, and interest in the '020

Patent, the ’454 Patent, the ’615 Patent, and the ’158 Patent (collectively, the “Patents-in-Suit” or “Asserted Patents”) and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. Enpulz also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

23. Enpulz and any assignees have at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit. On information and belief, Enpulz and all prior assignees have never licensed the Patents-in-Suit.

## FACTUAL ALLEGATIONS

24. The Patents-in-Suit generally relate to systems and methods for sensing and/or imaging upcoming roadway conditions and using that information to proactively and independently adjust a vehicle’s suspension before its wheels encounter the detected conditions. The technology described in the Patents-in-Suit was developed by James D. Bennett. For example, this technology is infringed by Toyota and Lexus’ Adaptive Variable Suspension (AVS) Systems, including previous versions thereof, included in vehicles, in all trims and configurations, such as the Toyota Avalon, Toyota GR Supra, Toyota Tundra, Toyota Sequoia, Toyota Crown, Toyota Tacoma, Toyota 4Runner, Lexus GS / GS F, Lexus ES, Lexus IS, Lexus LS, Lexus LC, Lexus RC, Lexus RC F, Lexus UX, Lexus UX, Lexus NX, Lexus RX / RX L, Lexus GX, Lexus LX, and Lexus TX, among other automotive vehicles (collectively, the “Accused Products”).

25. Defendants have infringed and continue to infringe the Patents-in-Suit by one or more of making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or importing commercial and personal vehicles, which are used or tested by Defendants and their direct or indirect customers or users in the United States.

**COUNT I**
**(Infringement of the ’020 Patent)**

26. Paragraphs 1 through 25 are incorporated by reference as if fully set forth herein.

27. Enpulz has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the ’020 Patent.

28. Defendants have and continue to directly infringe the ’020 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, importing into the United States, and/or exporting from the United States the Accused Products that satisfy each and every limitation of one or more claims of the ’020 Patent. The Accused Products include, but are not limited to, vehicles with Defendants’ AVS Systems, included in all trims and configurations, such as the Lexus GX 2024. The Lexus GX 2024 is exemplary and representative of the Accused Products.

29. For example, Defendants have and continue to directly infringe at least Claim 11 of the ’020 Patent by making, using, offering to sell, selling, and/or importing the Accused Products into the United States, and/or exporting from the United States the Accused Products that include vehicles with Defendants’ AVS System, or equivalent thereof, such as in the Lexus GX 2024, among other products.

30. The Lexus GX 2024 comprises a motor vehicle used on a roadway, the motor vehicle having at least a front tire and a rear tire, the motor vehicle comprising: processing circuitry; a first adjustable suspension assembly associated with the front tire; a second adjustable suspension assembly associated with a rear tire, the first adjustable suspension assembly and the second adjustable suspension assembly being independently adjustable in response to signals from the processing circuitry. For example, the Lexus GX 2024 has an advanced AVS system. The vehicle also supports ADAS features such as smart cruise control, lane assist, and forward collision

avoidance. The AVS System uses sensors to monitor the road conditions (e.g., potholes, bumps, etc.). The ADAS features use a camera and radar to detect potential hazards such as humans and other vehicles in front of the vehicle.




FULL-TIME 4WD

Every GX is equipped with a robust Full-Time 4WD system and Torsen®* limited-slip center differential with locking feature, so you can experience a high level of confidence on every road—paved or not.

ADAPTIVE VARIABLE SUSPENSION

Intuitively responsive, the available Adaptive Variable Suspension enables you to customize your desired level of road feel. And thanks to virtually instantaneous damping force, this system efficiently responds to changing road surface conditions. This smooth and precise control results in enhanced ride comfort, improved on-road performance and more ideal composure throughout the cabin, even reducing rocking of the vehicle when traversing rough terrain.

LEXUS SAFETY SYSTEM+ 3.0

Lexus Safety System+ 3.0* features a pre-collision system that is designed to help alert you to oncoming cross traffic at an intersection,* and technology that can intuitively slow the vehicle when it detects a pedestrian in its path.* This comprehensive suite of standard active safety and convenience features helps bring added peace of mind to every drive. [1]

**Smooth and Refined On-Road Handling**

While the GX 550 excels off-road, it also delivers a smooth and refined driving experience on the pavement:

- **Adaptive Variable Suspension (AVS)**: The AVS system automatically adjusts the damping force at each wheel based on driving conditions, balancing comfort and handling. Whether you're navigating city streets or cruising on the highway, the GX 550 offers a composed and comfortable ride. [2]

31. By way of further example, the Lexus GX 2024 has an independent double wishbone type front suspension and multi-link rear suspension. The AVS System uses the data from the vehicle electronic control unit (ECU) to independently adjust the front and rear suspensions.

A newly developed double-wishbone front suspension is paired with a multi-link rear suspension to achieve both a high level of off-road driving performance and on-road prowess. An available Adaptive Variable Suspension (AVS) constantly adjusts damping forces based on changing road conditions. GX also adopts Electronic Power Steering (EPS) enabling increased steering feel on and off-road. [3]

[1] https://www.lexus.com/models/GX
[2] https://www.cardealerships.com/listed/arrowhead-lexus-85382/updates/2024-lexus-gx-550-performance
[3] https://pressroom.lexus.com/a-new-legend-is-born-the-all-new-2024-lexus-gx/

| | GX 550 PREMIUM<br>REMOVE |
|---|---|
| Starting at | $64,250* |
| **CHASSIS** | |
| Suspension (front) | Independent double-wishbone-type suspension with coil springs, gas-pressurized shock absorbers and stabilizer bar |
| Suspension (rear) | Four-link with coil springs, gas-pressurized shock absorbers and stabilizer bar |

[4]

## WHAT IS THE LEXUS ADAPTIVE VARIABLE SUSPENSION SYSTEM AND HOW DOES IT WORK?

Next-generation Lexus vehicles promise peerless performance at every turn and the intelligent Lexus Adaptive Variable Suspension System will upgrade performance and handling. To deliver an elite level of performance, the variable suspension system employs an array of electronic monitors and controls that will instantaneously adjust suspension dampers at each corner of your Lexus vehicle based on vehicle input. The Adaptive Variable Suspension System monitors G-force, yaw rate, vehicle speed and driver input with Drive Mode Select technology to create a flawless ride in all conditions with fast, accurate adjustments to the suspension dampers.

[5]

---

4 https://www.lexus.com/models/GX?link[model_overlay_infolayer][SHOW_PAGE]=true&link[model_infolayer][setActiveTab]=1

5 https://www.earnhardtlexus.com/blogs/4363/how-does-the-lexus-adaptive-variable-suspension-work



[6]



[7]

**Smooth and Refined On-Road Handling**

While the GX 550 excels off-road, it also delivers a smooth and refined driving experience on the pavement:

- **Adaptive Variable Suspension (AVS)**: The AVS system automatically adjusts the damping force at each wheel based on driving conditions, balancing comfort and handling. Whether you're navigating city streets or cruising on the highway, the GX 550 offers a composed and comfortable ride.

[8]

32. The Lexus GX 2024 comprises a front reflection sensor disposed to collect first

---

[6] https://www.youtube.com/watch?v=2uaO0qNHrZc, timestamp [0:16] of [13:26].
[7] https://www.youtube.com/watch?v=_gsVBYtrv38, timestamp [0:12] of [0:44].
[8] https://www.cardealerships.com/listed/arrowhead-lexus-85382/updates/2024-lexus-gx-550-performance

information about a first portion of the roadway, the first portion of the roadway being located in front of the front tire. For example, the Lexus GX 2024 includes sensors, such as cameras and radars sensors, which are used to detect road conditions (e.g., pedestrian detection, lane marked detection). The sensors are also used to detect potholes and speed bumps present on the road.


[9]

**Technology Deep-Dive: The Magic Behind Lexus AVS**

At the heart of Lexus AVS lies a complex network of sensors, actuators, and advanced algorithms that work harmoniously to create an exceptional driving experience. The system constantly monitors various parameters, including vehicle speed, steering input, body roll, and road conditions. Based on this real-time data, AVS makes rapid adjustments to the suspension components to ensure optimal performance and ride quality.

One of the key components of Lexus AVS is the adaptive dampers. These dampers feature a specialized fluid that can change its viscosity in an instant, allowing for precise control over the suspension response. When encountering a bumpy road, the dampers automatically soften to absorb the impact, providing a smooth and comfortable ride. On the other hand, during aggressive cornering or sudden maneuvers, the dampers stiffen up, reducing body roll and keeping the vehicle stable and composed. [10]

**Lexus Safety System + 3.0**

For added peace of mind, all GX models come standard with Lexus Safety System+ 3.0, an integrated suite of active safety equipment and convenience features.

**Pre-Collision System (PCS) with Pedestrian Detection –** Designed to help detect a vehicle, pedestrian, or cyclist and provide an audio/visual forward collision warning under certain circumstances. If the driver does not react, the system is designed to provide automatic emergency braking at speeds between approximately 7-110 mph. PCS uses a camera and millimeter-wave radar for enhanced performance and reliability.

---

[9] https://www.lexus.com/models/GX

[10] https://www.lexusoflakeridge.com/en/news/view/lexus-adaptive-variable-suspension-a-smooth-ride-like-no-other/114434

**All-speed Dynamic Radar Cruise Control (DRCC) –** An adaptive cruise control system intended for highway use that uses radar and camera technology to help keep the vehicle at a preset speed and distance from vehicles ahead, even in stop-and-go traffic. If the system detects the vehicle getting closer than the preset distance, it is designed to automatically slow the vehicle – even to a complete stop. At highway speeds, when the road ahead clears, the vehicle returns to its preset speed.

**Lane Tracing Assist (LTA) –** When DRCC is enabled and lane markers are detected, LTA uses the lines on the road and/or preceding vehicles to provide active driving assistance and help keep the vehicle centered in its lane. [11]

33. The Lexus GX 2024 comprises the processing circuitry being configured to receive and analyze the first information to identify a roadway characteristic; the processing circuitry being further configured to respond to the identification of the roadway characteristic by: determining whether and when to direct a first adjustment of the first adjustable suspension assembly and a second adjustment of the second adjustable suspension assembly, the second adjustment being coordinated with and independent of the first adjustment in an attempt to accommodate the roadway characteristic. For example, based on the condition of the road, the Lexus GX 2024's AVS System independently adjusts the front and rear suspensions. A different suspension adjustment setting is applied to the front and rear suspension systems based on the road conditions encountered by each wheel.

**WHAT IS THE LEXUS ADAPTIVE VARIABLE SUSPENSION SYSTEM AND HOW DOES IT WORK?**

Next-generation Lexus vehicles promise peerless performance at every turn and the intelligent Lexus Adaptive Variable Suspension System will upgrade performance and handling. To deliver an elite level of performance, the variable suspension system employs an array of electronic monitors and controls that will instantaneously adjust suspension dampers at each corner of your Lexus vehicle based on vehicle input. The Adaptive Variable Suspension System monitors G-force, yaw rate, vehicle speed and driver input with Drive Mode Select technology to create a flawless ride in all conditions with fast, accurate adjustments to the suspension dampers. [12]

[11] https://pressroom.lexus.com/a-new-legend-is-born-the-all-new-2024-lexus-gx/
[12] https://www.earnhardtlexus.com/blogs/4363/how-does-the-lexus-adaptive-variable-suspension-work

**Technology Deep-Dive: The Magic Behind Lexus AVS**

At the heart of Lexus AVS lies a complex network of sensors, actuators, and advanced algorithms that work harmoniously to create an exceptional driving experience. The system constantly monitors various parameters, including vehicle speed, steering input, body roll, and road conditions. Based on this real-time data, AVS makes rapid adjustments to the suspension components to ensure optimal performance and ride quality.

One of the key components of Lexus AVS is the adaptive dampers. These dampers feature a specialized fluid that can change its viscosity in an instant, allowing for precise control over the suspension response. When encountering a bumpy road, the dampers automatically soften to absorb the impact, providing a smooth and comfortable ride. On the other hand, during aggressive cornering or sudden maneuvers, the dampers stiffen up, reducing body roll and keeping the vehicle stable and composed.

**Real-Life Examples: Where Lexus AVS Shines**

Imagine cruising down a winding coastal road, enjoying breathtaking ocean views while your vehicle seamlessly glides over every twist and turn. With Lexus AVS, this dream becomes a reality. The system's ability to adapt instantaneously to changing road conditions ensures that you remain connected to the road, feeling every nuance of the drive while maintaining supreme comfort.

Another scenario where Lexus AVS truly shines is during city commuting. Uneven pavement, potholes, and speed bumps can turn an otherwise mundane drive into a tiresome experience. However, with AVS, these obstacles are transformed into mere bumps in the road. The adaptive dampers effortlessly soak up the imperfections, minimizing vibrations and jolts, creating a serene cabin environment that lets you arrive at your destination refreshed and relaxed. [13]


[14]

34. The Lexus GX 2024 comprises the processing circuitry being configured to receive and analyze the first information to identify a roadway characteristic; the processing circuitry being further configured to respond to the identification of the roadway characteristic by: determining whether to invoke an automatic driving function in an attempt to avoid the roadway characteristic; and determining whether to invoke a safety system to prepare for an encounter with the roadway characteristic. For example, the Lexus GX 2024 comes with Lexus Safety System 3.0. It supports collision avoidance and lane-keep assist features. When a collision is anticipated and the driver

[13] https://www.lexusoflakeridge.com/en/news/view/lexus-adaptive-variable-suspension-a-smooth-ride-like-no-other/114434
[14] https://www.youtube.com/watch?v=MLSJS_9kG6Y, timestamp [3:06] to [3:10].

does not react to the collision warnings, automatic emergency brakes are applied by the vehicle.

> <u>Lexus Safety System + 3.0</u>
> For added peace of mind, all GX models come standard with Lexus Safety System+ 3.0, an integrated suite of active safety equipment and convenience features.
>
> **Pre-Collision System (PCS) with Pedestrian Detection –** Designed to help detect a vehicle, pedestrian, or cyclist and provide an audio/visual forward collision warning under certain circumstances. If the driver does not react, the system is designed to provide automatic emergency braking at speeds between approximately 7-110 mph. PCS uses a camera and millimeter-wave radar for enhanced performance and reliability.

> **All-speed Dynamic Radar Cruise Control (DRCC) –** An adaptive cruise control system intended for highway use that uses radar and camera technology to help keep the vehicle at a preset speed and distance from vehicles ahead, even in stop-and-go traffic. If the system detects the vehicle getting closer than the preset distance, it is designed to automatically slow the vehicle – even to a complete stop. At highway speeds, when the road ahead clears, the vehicle returns to its preset speed.
>
> **Lane Tracing Assist (LTA) –** When DRCC is enabled and lane markers are detected, LTA uses the lines on the road and/or preceding vehicles to provide active driving assistance and help keep the vehicle centered in its lane.

[15]

35. Defendants have and continue to indirectly infringe one or more claims of the ’020 Patent by knowingly and intentionally inducing others, including Toyota’s customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

36. Defendants, with knowledge[16] that these products, or the use thereof, infringe the

---

[15] https://pressroom.lexus.com/a-new-legend-is-born-the-all-new-2024-lexus-gx/

[16] TMC cited to the ’020 Patent family in connection with several of its own foreign patent applications, including JP6269546B2, which was granted on January 31, 2018, and JP6347248B2, which was granted on June 27, 2018. Furthermore, TMC cited to the ’020 Patent family in connection with its European Patent Application EP2614970A1 entitled “Suspension System,” which was published on July 17, 2013.
Accordingly, Toyota has knowledge of the ’020 Patent as early as July 17, 2013, but no later than January 31, 2018. *See* https://patents.google.com/patent/US10023020B2/en?oq=10%2c023%2c020+#citedBy.

’020 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the ’020 Patent by providing these products to customers and end-users for use in an infringing manner. Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants’ specific industry, with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the ’020 Patent at least as early as the issuance of the ’020 Patent.

37. Defendants have and continue to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the ’020 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants’ websites, product literature and packaging, and other publications.[17] For example, Defendants provide customers and end-users with Owner’s Manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendants’ Owner’s Manuals and other vehicle information documents are prepared to instruct customers and end-users on how to use the Accused Products

[17] *See* Lexus GX 2024 Owner’s Manual, available at: https://www.lexus.com/My-Lexus/resources#manuals_and_guides_promo; *see also* https://www.toyota.com/owners/warranty-owners-manuals/; https://www.lexus.com/My-Lexus/resources/manual?pubNumber=OM60U77U&model=GX550&year=2024; https://assets.sipb.toyota.com/publications/en/om-s/OM60U89U/pdf/OM60U89U.pdf.

in an infringing manner. On information and belief, the AVS System is on automatically, and therefore, the operation of the Accused Products necessarily infringes the ’020 Patent. Alternatively, Defendants’ instructional materials, such as the Owner’s Manuals, instruct Defendants’ customers and end-users on how to enable the infringing systems, thereby inducing infringement of the ’020 Patent.

38. Because of Defendants’ inducement, Defendants’ customers and end-users use the Accused Products in a way Defendants intend and directly infringes the ’020 Patent. Defendants perform these affirmative acts with knowledge of the ’020 Patent and with the intent, or willful blindness, that the induced acts directly infringe the ’020 Patent.

39. Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the ’020 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants’ affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others’ use and manufacture of the Accused Products such that the ’020 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the ’020 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the ’020 Patent. The accused components include, but are not limited to, the hardware and software components of the AVS System. Defendants perform these affirmative acts with knowledge of the ’020 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’020 Patent.

40. Enpulz has suffered damages as a result of Defendants’ direct and indirect

infringement of the ’020 Patent in an amount to be proved at trial.

41. Enpulz has suffered, and will continue to suffer, irreparable harm as a result of Defendants’ infringement of the ’020 Patent, for which there is no adequate remedy at law, unless Defendants’ infringement is enjoined by this Court.

**COUNT II**
**(Infringement of the ’454 Patent)**

42. Paragraphs 1 through 25 are incorporated by reference as if fully set forth herein.

43. Enpulz has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the ’454 Patent.

44. Defendants have and continue to directly infringe the ’454 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, importing into the United States, and/or exporting from the United States the Accused Products that satisfy each and every limitation of one or more claims of the ’454 Patent. The Accused Products include, but are not limited to, vehicles with Defendants’ AVS Systems, included in all trims and configurations, such as the Lexus GX 2024. The Lexus GX 2024 is exemplary and representative of the Accused Products.

45. For example, Defendants have and continue to directly infringe at least Claim 8 of the ’454 Patent by making, using, offering to sell, selling, and/or importing the Accused Products into the United States, and/or exporting from the United States the Accused Products that include vehicles with Defendants’ AVS System, or equivalent thereof, such as in the Lexus GX 2024, among other products.

46. The Lexus GX 2024 comprises a vehicle configured to move along a roadway that has an upcoming roadway concern located in front of the vehicle, the vehicle comprising: an independently adjustable suspension system. For example, the Lexus GX 2024 has an advanced

AVS system. The vehicle also supports ADAS features such as smart cruise control, lane assist, and forward collision avoidance. The AVS System uses sensors to monitor the road conditions (e.g., potholes, bumps, etc.). The ADAS features use a camera and radar to detect potential hazards such as humans and other vehicles in front of the vehicle.




FULL-TIME 4WD

Every GX is equipped with a robust Full-Time 4WD system and Torsen®* limited-slip center differential with locking feature, so you can experience a high level of confidence on every road—paved or not.

ADAPTIVE VARIABLE SUSPENSION

Intuitively responsive, the available Adaptive Variable Suspension enables you to customize your desired level of road feel. And thanks to virtually instantaneous damping force, this system efficiently responds to changing road surface conditions. This smooth and precise control results in enhanced ride comfort, improved on-road performance and more ideal composure throughout the cabin, even reducing rocking of the vehicle when traversing rough terrain.

LEXUS SAFETY SYSTEM+ 3.0

Lexus Safety System+ 3.0* features a pre-collision system that is designed to help alert you to oncoming cross traffic at an intersection,* and technology that can intuitively slow the vehicle when it detects a pedestrian in its path.* This comprehensive suite of standard active safety and convenience features helps bring added peace of mind to every drive.[18]

**Smooth and Refined On-Road Handling**

While the GX 550 excels off-road, it also delivers a smooth and refined driving experience on the pavement:

- **Adaptive Variable Suspension (AVS)**: The AVS system automatically adjusts the damping force at each wheel based on driving conditions, balancing comfort and handling. Whether you're navigating city streets or cruising on the highway, the GX 550 offers a composed and comfortable ride.[19]

47. By way of further example, the Lexus GX 2024 has an independent double wishbone type front suspension and multi-link rear suspension. The AVS System uses the data from the vehicle ECU to independently adjust the front and rear suspensions.

A newly developed double-wishbone front suspension is paired with a multi-link rear suspension to achieve both a high level of off-road driving performance and on-road prowess. An available Adaptive Variable Suspension (AVS) constantly adjusts damping forces based on changing road conditions. GX also adopts Electronic Power Steering (EPS) enabling increased steering feel on and off-road.[20]

[18] https://www.lexus.com/models/GX

[19] https://www.cardealerships.com/listed/arrowhead-lexus-85382/updates/2024-lexus-gx-550-performance

[20] https://pressroom.lexus.com/a-new-legend-is-born-the-all-new-2024-lexus-gx/

| | GX 550 PREMIUM<br>REMOVE |
|---|---|
| Starting at | $64,250* |
| **CHASSIS** | |
| Suspension (front) | Independent double-wishbone-type suspension with coil springs, gas-pressurized shock absorbers and stabilizer bar |
| Suspension (rear) | Four-link with coil springs, gas-pressurized shock absorbers and stabilizer bar |

[21]

WHAT IS THE LEXUS ADAPTIVE VARIABLE SUSPENSION SYSTEM AND HOW DOES IT WORK?

Next-generation Lexus vehicles promise peerless performance at every turn and the intelligent Lexus Adaptive Variable Suspension System will upgrade performance and handling. To deliver an elite level of performance, the variable suspension system employs an array of electronic monitors and controls that will instantaneously adjust suspension dampers at each corner of your Lexus vehicle based on vehicle input. The Adaptive Variable Suspension System monitors G-force, yaw rate, vehicle speed and driver input with Drive Mode Select technology to create a flawless ride in all conditions with fast, accurate adjustments to the suspension dampers.[22]

---

21 https://www.lexus.com/models/GX?link[model_overlay_infolayer][SHOW_PAGE]=true&link[model_infolayer][setActiveTab]=1

22 https://www.earnhardtlexus.com/blogs/4363/how-does-the-lexus-adaptive-variable-suspension-work



[23]

48. The Lexus GX 2024 comprises at least one capture element configured to capture image data corresponding to the roadway. For example, the Lexus GX 2024 includes sensors, such as cameras and radars sensors, which are used to detect road conditions (e.g., pedestrian detection, lane marked detection). The sensors are also used to detect potholes and speed bumps present on the road.


[24]

[23] https://www.youtube.com/watch?v=2uaO0qNHrZc, timestamp [0:16] of [13:26].
[24] https://www.lexus.com/models/GX

**Technology Deep-Dive: The Magic Behind Lexus AVS**

At the heart of Lexus AVS lies a complex network of sensors, actuators, and advanced algorithms that work harmoniously to create an exceptional driving experience. The system constantly monitors various parameters, including vehicle speed, steering input, body roll, and road conditions. Based on this real-time data, AVS makes rapid adjustments to the suspension components to ensure optimal performance and ride quality.

One of the key components of Lexus AVS is the adaptive dampers. These dampers feature a specialized fluid that can change its viscosity in an instant, allowing for precise control over the suspension response. When encountering a bumpy road, the dampers automatically soften to absorb the impact, providing a smooth and comfortable ride. On the other hand, during aggressive cornering or sudden maneuvers, the dampers stiffen up, reducing body roll and keeping the vehicle stable and composed. [25]

Lexus Safety System + 3.0

For added peace of mind, all GX models come standard with Lexus Safety System+ 3.0, an integrated suite of active safety equipment and convenience features.

**Pre-Collision System (PCS) with Pedestrian Detection –** Designed to help detect a vehicle, pedestrian, or cyclist and provide an audio/visual forward collision warning under certain circumstances. If the driver does not react, the system is designed to provide automatic emergency braking at speeds between approximately 7-110 mph. PCS uses a camera and millimeter-wave radar for enhanced performance and reliability.

**All-speed Dynamic Radar Cruise Control (DRCC) –** An adaptive cruise control system intended for highway use that uses radar and camera technology to help keep the vehicle at a preset speed and distance from vehicles ahead, even in stop-and-go traffic. If the system detects the vehicle getting closer than the preset distance, it is designed to automatically slow the vehicle – even to a complete stop. At highway speeds, when the road ahead clears, the vehicle returns to its preset speed.

**Lane Tracing Assist (LTA) –** When DRCC is enabled and lane markers are detected, LTA uses the lines on the road and/or preceding vehicles to provide active driving assistance and help keep the vehicle centered in its lane. [26]

49. The Lexus GX 2024 comprises a processing circuitry, based on current drive control function settings, the captured image data and vehicle motion data, and is configured to both: determine whether to automatically adjust the independently adjustable suspension system

[25] https://www.lexusoflakeridge.com/en/news/view/lexus-adaptive-variable-suspension-a-smooth-ride-like-no-other/114434

[26] https://pressroom.lexus.com/a-new-legend-is-born-the-all-new-2024-lexus-gx/

to adapt to the roadway. For example, the Lexus GX 2024's AVS system AVS uses the vehicle's processing circuitry (e.g., the array of electronic monitors and controls) to automatically adjust the suspension (e.g., determine when to adjust the vehicle's suspension system). The AVS System considers the captured image data (e.g., the road conditions captured by the camera), the current drive control function settings (e.g., vehicle speed and/or driving mode), and vehicle motion data (e.g., driving conditions such as body roll) to determine the changes in the suspension system.

> **WHAT IS THE LEXUS ADAPTIVE VARIABLE SUSPENSION SYSTEM AND HOW DOES IT WORK?**
>
> Next-generation Lexus vehicles promise peerless performance at every turn and the intelligent Lexus Adaptive Variable Suspension System will upgrade performance and handling. To deliver an elite level of performance, the variable suspension system employs an array of electronic monitors and controls that will instantaneously adjust suspension dampers at each corner of your Lexus vehicle based on vehicle input. The Adaptive Variable Suspension System monitors G-force, yaw rate, vehicle speed and driver input with Drive Mode Select technology to create a flawless ride in all conditions with fast, accurate adjustments to the suspension dampers.

[27]

> **Technology Deep-Dive: The Magic Behind Lexus AVS**
>
> At the heart of Lexus AVS lies a complex network of sensors, actuators, and advanced algorithms that work harmoniously to create an exceptional driving experience. The system constantly monitors various parameters, including vehicle speed, steering input, body roll, and road conditions. Based on this real-time data, AVS makes rapid adjustments to the suspension components to ensure optimal performance and ride quality.
>
> One of the key components of Lexus AVS is the adaptive dampers. These dampers feature a specialized fluid that can change its viscosity in an instant, allowing for precise control over the suspension response. When encountering a bumpy road, the dampers automatically soften to absorb the impact, providing a smooth and comfortable ride. On the other hand, during aggressive cornering or sudden maneuvers, the dampers stiffen up, reducing body roll and keeping the vehicle stable and composed.

> **Real-Life Examples: Where Lexus AVS Shines**
>
> Imagine cruising down a winding coastal road, enjoying breathtaking ocean views while your vehicle seamlessly glides over every twist and turn. With Lexus AVS, this dream becomes a reality. The system's ability to adapt instantaneously to changing road conditions ensures that you remain connected to the road, feeling every nuance of the drive while maintaining supreme comfort.
>
> Another scenario where Lexus AVS truly shines is during city commuting. Uneven pavement, potholes, and speed bumps can turn an otherwise mundane drive into a tiresome experience. However, with AVS, these obstacles are transformed into mere bumps in the road. The adaptive dampers effortlessly soak up the imperfections, minimizing vibrations and jolts, creating a serene cabin environment that lets you arrive at your destination refreshed and relaxed.

[28]

---

[27] https://www.earnhardtlexus.com/blogs/4363/how-does-the-lexus-adaptive-variable-suspension-work

[28] https://www.lexusoflakeridge.com/en/news/view/lexus-adaptive-variable-suspension-a-smooth-ride-like-no-other/114434


[29]

50. The Lexus GX 2024 comprises a processing circuitry, based on current drive control function settings, the captured image data and vehicle motion data, and is configured to both: determine, based on the upcoming roadway concern, whether to automatically modify at least one of the current drive control function settings. For example, the Lexus GX 2024 comes with Lexus Safety System 3.0. It supports collision avoidance and lane-keep assist features. The current drive control function settings (e.g., when a collision is anticipated) determines when a driver does not react to the collision warning, and the Lexus GX 2024 modifies the current drive control function settings (e.g., automatically emergency brakes are applied).


Lexus Safety System + 3.0
For added peace of mind, all GX models come standard with Lexus Safety System+ 3.0, an integrated suite of active safety equipment and convenience features.

**Pre-Collision System (PCS) with Pedestrian Detection –** Designed to help detect a vehicle, pedestrian, or cyclist and provide an audio/visual forward collision warning under certain circumstances. If the driver does not react, the system is designed to provide automatic emergency braking at speeds between approximately 7-110 mph. PCS uses a camera and millimeter-wave radar for enhanced performance and reliability.

[29] https://www.youtube.com/watch?v=MLSJS_9kG6Y, timestamp [3:06] to [3:10]

> **All-speed Dynamic Radar Cruise Control (DRCC) –** An adaptive cruise control system intended for highway use that uses radar and camera technology to help keep the vehicle at a preset speed and distance from vehicles ahead, even in stop-and-go traffic. If the system detects the vehicle getting closer than the preset distance, it is designed to automatically slow the vehicle – even to a complete stop. At highway speeds, when the road ahead clears, the vehicle returns to its preset speed.
>
> **Lane Tracing Assist (LTA) –** When DRCC is enabled and lane markers are detected, LTA uses the lines on the road and/or preceding vehicles to provide active driving assistance and help keep the vehicle centered in its lane.

[30]

51. Defendants have and continue to indirectly infringe one or more claims of the ’454 Patent by knowingly and intentionally inducing others, including Toyota’s customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

52. Defendants, with knowledge[31] that these products, or the use thereof, infringe the ’454 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the ’454 Patent by providing these products to customers and end-users for use in an infringing manner. Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants’ specific industry, with the subjective

---

[30] https://pressroom.lexus.com/a-new-legend-is-born-the-all-new-2024-lexus-gx/

[31] TMC cited to the ’020 Patent family in connection with several of its own foreign patent applications, including JP6269546B2, which was granted on January 31, 2018, and JP6347248B2, which was granted on June 27, 2018. Furthermore, TMC cited to the ’020 Patent family in connection with its European Patent Application EP2614970A1 entitled “Suspension System,” which was published on July 17, 2013.
Accordingly, Toyota has knowledge of the ’020 Patent as early as July 17, 2013, but no later than January 31, 2018. *See* https://patents.google.com/patent/US10118454B1/en?oq=10%2c118%2c454#citedBy.

belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the ’454 Patent at least as early as the issuance of the ’454 Patent.

53. Defendants have and continue to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the ’454 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants’ websites, product literature and packaging, and other publications.[32] For example, Defendants provide customers and end-users with Owner’s Manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendants’ Owner’s Manuals and other vehicle information documents are prepared to instruct customers and end-users on how to use the Accused Products in an infringing manner. On information and belief, the AVS System is on automatically, and therefore, the operation of the Accused Products necessarily infringes the ’454 Patent. Alternatively, Defendants’ instructional materials, such as the Owner’s Manuals, instruct Defendants’ customers and end-users on how to enable the infringing systems, thereby inducing infringement of the ’454 Patent.

54. Because of Defendants’ inducement, Defendants’ customers and end-users use the

---

[32] *See* Lexus GX 2024 Owner’s Manual, available at: https://www.lexus.com/My-Lexus/resources#manuals_and_guides_promo; *see also* https://www.toyota.com/owners/warranty-owners-manuals/; https://www.lexus.com/My-Lexus/resources/manual?pubNumber=OM60U77U&model=GX550&year=2024; https://assets.sipb.toyota.com/publications/en/om-s/OM60U89U/pdf/OM60U89U.pdf.

Accused Products in a way Defendants intend and directly infringes the ’454 Patent. Defendants perform these affirmative acts with knowledge of the ’454 Patent and with the intent, or willful blindness, that the induced acts directly infringe the ’454 Patent.

55. Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the ’454 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants’ affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others’ use and manufacture of the Accused Products such that the ’454 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the ’454 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the ’454 Patent. The accused components include, but are not limited to, the hardware and software components of the AVS System. Defendants perform these affirmative acts with knowledge of the ’454 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’454 Patent.

56. Enpulz has suffered damages as a result of Defendants’ direct and indirect infringement of the ’454 Patent in an amount to be proved at trial.

57. Enpulz has suffered, and will continue to suffer, irreparable harm as a result of Defendants’ infringement of the ’454 Patent, for which there is no adequate remedy at law, unless Defendants’ infringement is enjoined by this Court.

**COUNT III**
**(Infringement of the ’615 Patent)**

58. Paragraphs 1 through 25 are incorporated by reference as if fully set forth herein.

59. Enpulz has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the ’615 Patent.

60. Defendants have and continue to directly infringe the ’615 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, importing into the United States, and/or exporting from the United States the Accused Products that satisfy each and every limitation of one or more claims of the ’615 Patent. The Accused Products include, but are not limited to, vehicles with Defendants’ AVS Systems, included in all trims and configurations, such as the Lexus GX 2024. The Lexus GX 2024 is exemplary and representative of the Accused Products.

61. For example, Defendants have and continue to directly infringe at least Claim 7 of the ’615 Patent by making, using, offering to sell, selling, and/or importing the Accused Products into the United States, and/or exporting from the United States the Accused Products that include vehicles with Defendants’ AVS System, or equivalent thereof, such as in the Lexus GX 2024, among other products.

62. The Lexus GX 2024 performs a method performed by a vehicle configured to move along a roadway, the vehicle having an independently adjustable suspension system associated with a wheel, the method comprising: detecting defect data associated with a roadway defect in advance of an encounter of the roadway defect with the wheel; gathering motion data associated with the vehicle. For example, the Lexus GX 2024 has an advanced AVS system. The Lexus GX 2024 is also equipped with a Multi-Terrain feature that is designed for off-road conditions. The AVS System uses sensors to monitor road conditions (e.g., potholes, bumps, etc.). The Lexus GX 2024 has an independent double wishbone type front suspension and multi-link rear suspension. The AVS System uses the data from the vehicle ECU to independently adjust the front and rear

suspensions.




FULL-TIME 4WD

Every GX is equipped with a robust Full-Time 4WD system and Torsen®* limited-slip center differential with locking feature, so you can experience a high level of confidence on every road—paved or not.

In addition to an available high-definition Panoramic View Monitor* that gives a top-down 360-degree view to help assist with navigating tight spaces, the GX also features an innovative available 3D Multi-Terrain Monitor. Designed for off-road use, the 3D Multi-Terrain Monitor uses the 14-inch display to show a variety of distinct camera views under the vehicle to keep the driver informed. The innovative available Underfloor

ADAPTIVE VARIABLE SUSPENSION

Intuitively responsive, the available Adaptive Variable Suspension enables you to customize your desired level of road feel. And thanks to virtually instantaneous damping force, this system efficiently responds to changing road surface conditions. This smooth and precise control results in enhanced ride comfort, improved on-road performance and more ideal composure throughout the cabin, even reducing rocking of the vehicle when traversing rough terrain.

LEXUS SAFETY SYSTEM+ 3.0

Lexus Safety System+ 3.0* features a pre-collision system that is designed to help alert you to oncoming cross traffic at an intersection,* and technology that can intuitively slow the vehicle when it detects a pedestrian in its path.* This comprehensive suite of standard active safety and convenience features helps bring added peace of mind to every drive. [33]

**Smooth and Refined On-Road Handling**

While the GX 550 excels off-road, it also delivers a smooth and refined driving experience on the pavement:

- **Adaptive Variable Suspension (AVS)**: The AVS system automatically adjusts the damping force at each wheel based on driving conditions, balancing comfort and handling. Whether you're navigating city streets or cruising on the highway, the GX 550 offers a composed and comfortable ride. [34]

A newly developed double-wishbone front suspension is paired with a multi-link rear suspension to achieve both a high level of off-road driving performance and on-road prowess. An available Adaptive Variable Suspension (AVS) constantly adjusts damping forces based on changing road conditions. GX also adopts Electronic Power Steering (EPS) enabling increased steering feel on and off-road. [35]

[33] https://www.lexus.com/models/GX
[34] https://www.cardealerships.com/listed/arrowhead-lexus-85382/updates/2024-lexus-gx-550-performance
[35] https://pressroom.lexus.com/a-new-legend-is-born-the-all-new-2024-lexus-gx/

| | GX 550 PREMIUM<br>REMOVE |
|---|---|
| Starting at | $64,250* |
| **CHASSIS** | |
| Suspension (front) | Independent double-wishbone-type suspension with coil springs, gas-pressurized shock absorbers and stabilizer bar |
| Suspension (rear) | Four-link with coil springs, gas-pressurized shock absorbers and stabilizer bar |

[36]

**WHAT IS THE LEXUS ADAPTIVE VARIABLE SUSPENSION SYSTEM AND HOW DOES IT WORK?**

Next-generation Lexus vehicles promise peerless performance at every turn and the intelligent Lexus Adaptive Variable Suspension System will upgrade performance and handling. To deliver an elite level of performance, the variable suspension system employs an array of electronic monitors and controls that will instantaneously adjust suspension dampers at each corner of your Lexus vehicle based on vehicle input. The Adaptive Variable Suspension System monitors G-force, yaw rate, vehicle speed and driver input with Drive Mode Select technology to create a flawless ride in all conditions with fast, accurate adjustments to the suspension dampers.

[37]

63. By way of further example, the Lexus GX 2024 includes sensors, such as cameras and radars sensors, which are used to detect road conditions and defects (e.g., pedestrian detection, lane marked detection, potholes, bumps, etc.). The sensors are also used to monitor motion data

---

36 https://www.lexus.com/models/GX?link[model_overlay_infolayer][SHOW_PAGE]=true&link[model_infolayer][setActiveTab]=1

37 https://www.earnhardtlexus.com/blogs/4363/how-does-the-lexus-adaptive-variable-suspension-work

associated with the vehicle (e.g., vehicle speed, steering input, body roll, etc.).

In addition, the operating range of Multi-Terrain Select is from low range (L4) to high range (H4). The Auto mode uses information from various sensors to estimate the road conditions while driving and to optimize brake hydraulic pressure, driving force and suspension control. This feature allows the driver to maintain ideal driving performance in various driving conditions, without having to switch modes.

The Multi-Terrain Monitor uses four cameras to help the driver see around the vehicle. The images captured by the front, side and rear cameras can be interchanged and are shown on the entire 12.3-inch display, allowing the driver to check road conditions, which are often in the driver's blind spots. [38]

**Technology Deep-Dive: The Magic Behind Lexus AVS**

At the heart of Lexus AVS lies a complex network of sensors, actuators, and advanced algorithms that work harmoniously to create an exceptional driving experience. The system constantly monitors various parameters, including vehicle speed, steering input, body roll, and road conditions. Based on this real-time data, AVS makes rapid adjustments to the suspension components to ensure optimal performance and ride quality.

One of the key components of Lexus AVS is the adaptive dampers. These dampers feature a specialized fluid that can change its viscosity in an instant, allowing for precise control over the suspension response. When encountering a bumpy road, the dampers automatically soften to absorb the impact, providing a smooth and comfortable ride. On the other hand, during aggressive cornering or sudden maneuvers, the dampers stiffen up, reducing body roll and keeping the vehicle stable and composed.

**Real-Life Examples: Where Lexus AVS Shines**

Imagine cruising down a winding coastal road, enjoying breathtaking ocean views while your vehicle seamlessly glides over every twist and turn. With Lexus AVS, this dream becomes a reality. The system's ability to adapt instantaneously to changing road conditions ensures that you remain connected to the road, feeling every nuance of the drive while maintaining supreme comfort.

Another scenario where Lexus AVS truly shines is during city commuting. Uneven pavement, potholes, and speed bumps can turn an otherwise mundane drive into a tiresome experience. However, with AVS, these obstacles are transformed into mere bumps in the road. The adaptive dampers effortlessly soak up the imperfections, minimizing vibrations and jolts, creating a serene cabin environment that lets you arrive at your destination refreshed and relaxed. [39]


[40]

[38] https://pressroom.lexus.com/whats-new-2024-lexus-lx-600/

[39] https://www.lexusoflakeridge.com/en/news/view/lexus-adaptive-variable-suspension-a-smooth-ride-like-no-other/114434

[40] https://www.youtube.com/watch?v=MLSJS_9kG6Y, timestamp [3:06] to [3:10].

64. The Lexus GX 2024 performs a step of identifying, in advance of the encounter and based on both the defect data and motion data, suspensions adjustments, and carrying out the suspension adjustments to the independently adjustable suspension system. For example, the AVS System uses the Lexus GX 2024's array of electronic monitors and controls to determine when to adjust the vehicle's suspension system. The AVS System further considers the road conditions captured by the camera and other sensors and driving conditions such as the speed of the vehicle to adjust the suspension system.

**Technology Deep-Dive: The Magic Behind Lexus AVS**

At the heart of Lexus AVS lies a complex network of sensors, actuators, and advanced algorithms that work harmoniously to create an exceptional driving experience. The system constantly monitors various parameters, including vehicle speed, steering input, body roll, and road conditions. Based on this real-time data, AVS makes rapid adjustments to the suspension components to ensure optimal performance and ride quality.

One of the key components of Lexus AVS is the adaptive dampers. These dampers feature a specialized fluid that can change its viscosity in an instant, allowing for precise control over the suspension response. When encountering a bumpy road, the dampers automatically soften to absorb the impact, providing a smooth and comfortable ride. On the other hand, during aggressive cornering or sudden maneuvers, the dampers stiffen up, reducing body roll and keeping the vehicle stable and composed.

**Real-Life Examples: Where Lexus AVS Shines**

Imagine cruising down a winding coastal road, enjoying breathtaking ocean views while your vehicle seamlessly glides over every twist and turn. With Lexus AVS, this dream becomes a reality. The system's ability to adapt instantaneously to changing road conditions ensures that you remain connected to the road, feeling every nuance of the drive while maintaining supreme comfort.

Another scenario where Lexus AVS truly shines is during city commuting. Uneven pavement, potholes, and speed bumps can turn an otherwise mundane drive into a tiresome experience. However, with AVS, these obstacles are transformed into mere bumps in the road. The adaptive dampers effortlessly soak up the imperfections, minimizing vibrations and jolts, creating a serene cabin environment that lets you arrive at your destination refreshed and relaxed. [41]

In addition, the operating range of Multi-Terrain Select is from low range (L4) to high range (H4). The Auto mode uses information from various sensors to estimate the road conditions while driving and to optimize brake hydraulic pressure, driving force and suspension control. This feature allows the driver to maintain ideal driving performance in various driving conditions, without having to switch modes. [42]

[41] https://www.lexusoflakeridge.com/en/news/view/lexus-adaptive-variable-suspension-a-smooth-ride-like-no-other/114434
[42] https://pressroom.lexus.com/whats-new-2024-lexus-lx-600/


[43]

65. Defendants have and continue to indirectly infringe one or more claims of the ’615 Patent by knowingly and intentionally inducing others, including Toyota’s customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

66. Defendants, with knowledge[44] that these products, or the use thereof, infringe the ’615 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the ’615 Patent by providing these products to customers and end-users for use in an infringing manner. Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants’ specific industry, with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the ’615 Patent at least as early as the issuance of the ’615

---

[43] https://www.youtube.com/watch?v=MLSJS_9kG6Y, timestamp [3:06] to [3:10].

[44] TMC cited to the ’615 Patent family in connection with several of its own foreign patent applications, including JP6269546B2, which was granted on January 31, 2018, and JP6347248B2, which was granted on June 27, 2018. Furthermore, TMC cited to the ’615 Patent family in connection with its European Patent Application EP2614970A1 entitled “Suspension System,” which was published on July 17, 2013.
Accordingly, Toyota has knowledge of the ’615 Patent as early as July 17, 2013, but no later than January 31, 2018. *See* https://patents.google.com/patent/US10322615B2/en?oq=10%2c322%2c615#citedBy.

Patent.

67. Defendants have and continue to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the ’615 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants’ websites, product literature and packaging, and other publications.[45] For example, Defendants provide customers and end-users with Owner’s Manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendants’ Owner’s Manuals and other vehicle information documents are prepared to instruct customers and end-users on how to use the Accused Products in an infringing manner. On information and belief, the AVS System is on automatically, and therefore, the operation of the Accused Products necessarily infringes the ’615 Patent. Alternatively, Defendants’ instructional materials, such as the Owner’s Manuals, instruct Defendants’ customers and end-users on how to enable the infringing systems, thereby inducing infringement of the ’615 Patent.

68. Because of Defendants’ inducement, Defendants’ customers and end-users use Accused Products in a way Defendants intend and directly infringes the ’615 Patent. Defendants perform these affirmative acts with knowledge of the ’615 Patent and with the intent, or willful

---

[45] *See* Lexus GX 2024 Owner’s Manual, available at: https://www.lexus.com/My-Lexus/resources#manuals_and_guides_promo; *see also* https://www.toyota.com/owners/warranty-owners-manuals/; https://www.lexus.com/My-Lexus/resources/manual?pubNumber=OM60U77U&model=GX550&year=2024; https://assets.sipb.toyota.com/publications/en/om-s/OM60U89U/pdf/OM60U89U.pdf.

blindness, that the induced acts directly infringe the ’615 Patent.

69. Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the ’615 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants’ affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others’ use and manufacture of the Accused Products such that the ’615 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the ’615 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the ’615 Patent. The accused components include, but are not limited to, the hardware and software components of the AVS System. Defendants perform these affirmative acts with knowledge of the ’615 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’615 Patent.

70. Enpulz has suffered damages as a result of Defendants’ direct and indirect infringement of the ’615 Patent in an amount to be proved at trial.

71. Enpulz has suffered, and will continue to suffer, irreparable harm as a result of Defendants’ infringement of the ’615 Patent, for which there is no adequate remedy at law, unless Defendants’ infringement is enjoined by this Court.

**COUNT IV**
**(Infringement of the ’158 Patent)**

72. Paragraphs 1 through 25 are incorporated by reference as if fully set forth herein.

73. Enpulz has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the ’158 Patent.

74. Defendants have and continue to directly infringe the ’158 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, importing into the United States, and/or exporting from the United States the Accused Products that satisfy each and every limitation of one or more claims of the ’158 Patent. The Accused Products include, but are not limited to, vehicles with Defendants’ AVS Systems, included in all trims and configurations, such as the Lexus GX 2024. The Lexus GX 2024 is exemplary and representative of the Accused Products.

75. For example, Defendants have and continue to directly infringe at least Claim 1 of the ’158 Patent by making, using, offering to sell, selling, and/or importing the Accused Products into the United States, and/or exporting from the United States the Accused Products that include vehicles with Defendants’ AVS System, or equivalent thereof, such as in the Lexus GX 2024, among other products.

76. The Lexus GX 2024 comprises a wheel-based vehicle configured to travel along a roadway environment, the wheel-based vehicle comprising: a first independent suspension element configured to service a first wheel with a first suspension setting; a second independent suspension element configured to service a second wheel with a second suspension setting. For example, the Lexus GX 2024 has an advanced AVS system. The Lexus GX 2024 is also equipped with a Multi-Terrain feature that is designed for off-road conditions. The AVS System uses sensors to monitor road conditions (e.g., potholes, bumps, etc.). The Lexus GX 2024 has an independent double wishbone type front suspension and multi-link rear suspension. The AVS System uses the data from the vehicle ECU to independently adjust the front and rear suspensions.






18-inch six-spoke alloy wheels with Matte Gray Metallic finish

ADAPTIVE VARIABLE SUSPENSION

Intuitively responsive, the available Adaptive Variable Suspension enables you to customize your desired level of road feel. And thanks to virtually instantaneous damping force, this system efficiently responds to changing road surface conditions. This smooth and precise control results in enhanced ride comfort, improved on-road performance and more ideal composure throughout the cabin, even reducing rocking of the vehicle when traversing rough terrain.

ELECTRONIC KINETIC DYNAMIC SUSPENSION SYSTEM (E-KDSS)

Equipped exclusively on GX Overtrail and Overtrail+ models, E-KDSS is an advanced suspension control system that helps optimize capability over all roads. In the city, this system is designed to help reduce body roll, leading to improved overall ride comfort. And when used on the trail, this system can automatically detach and reattach the swaybars for increased wheel articulation, which can help increase traction over challenging terrain.

> In addition, the operating range of Multi-Terrain Select is from low range (L4) to high range (H4). The Auto mode uses information from various sensors to estimate the road conditions while driving and to optimize brake hydraulic pressure, driving force and suspension control. This feature allows the driver to maintain ideal driving performance in various driving conditions, without having to switch modes.[46]

77. By way of further example, the Lexus GX 2024 has an independent double wishbone type front suspension and multi-link rear suspension. The AVS System uses the data from the vehicle ECU to independently adjust the front and rear suspensions. Accordingly, a front wheel can have a different suspension setting than a rear wheel.

> A newly developed double-wishbone front suspension is paired with a multi-link rear suspension to achieve both a high level of off-road driving performance and on-road prowess. An available Adaptive Variable Suspension (AVS) constantly adjusts damping forces based on changing road conditions. GX also adopts Electronic Power Steering (EPS) enabling increased steering feel on and off-road.[47]

---

[46] https://www.lexus.com/models/GX
[47] https://pressroom.lexus.com/a-new-legend-is-born-the-all-new-2024-lexus-gx/

| | GX 550 PREMIUM<br>REMOVE |
|---|---|
| Starting at | $64,250* |
| **CHASSIS** | |
| Suspension (front) | Independent double-wishbone-type suspension with coil springs, gas-pressurized shock absorbers and stabilizer bar |
| Suspension (rear) | Four-link with coil springs, gas-pressurized shock absorbers and stabilizer bar |

[48]

## WHAT IS THE LEXUS ADAPTIVE VARIABLE SUSPENSION SYSTEM AND HOW DOES IT WORK?

Next-generation Lexus vehicles promise peerless performance at every turn and the intelligent Lexus Adaptive Variable Suspension System will upgrade performance and handling. To deliver an elite level of performance, the variable suspension system employs an array of electronic monitors and controls that will instantaneously adjust suspension dampers at each corner of your Lexus vehicle based on vehicle input. The Adaptive Variable Suspension System monitors G-force, yaw rate, vehicle speed and driver input with Drive Mode Select technology to create a flawless ride in all conditions with fast, accurate adjustments to the suspension dampers.

[49]

---

[48] https://www.lexus.com/models/GX?link[model_overlay_infolayer][SHOW_PAGE]=true&link[model_infolayer][setActiveTab]=1

[49] https://www.earnhardtlexus.com/blogs/4363/how-does-the-lexus-adaptive-variable-suspension-work



[50]



[51]

**Smooth and Refined On-Road Handling**

While the GX 550 excels off-road, it also delivers a smooth and refined driving experience on the pavement:

- **Adaptive Variable Suspension (AVS)**: The AVS system automatically adjusts the damping force at each wheel based on driving conditions, balancing comfort and handling. Whether you're navigating city streets or cruising on the highway, the GX 550 offers a composed and comfortable ride.

[52]

78. The Lexus GX 2024 comprises at least one electromagnetic sensing device

[50] https://www.youtube.com/watch?v=2uaO0qNHrZc, timestamp [0:16] of [13:26].
[51] https://www.youtube.com/watch?v=_gsVBYtrv38, timestamp [0:12] of [0:44].
[52] https://www.cardealerships.com/listed/arrowhead-lexus-85382/updates/2024-lexus-gx-550-performance

disposed and configured to capture electromagnetic waves reflected off of the roadway environment. For example, when off-roading, the auto mode of the multi-terrain feature collects data from various sensors to predict road conditions (e.g., potholes and bumps).

> In addition, the operating range of Multi-Terrain Select is from low range (L4) to high range (H4). The Auto mode uses information from various sensors to estimate the road conditions while driving and to optimize brake hydraulic pressure, driving force and suspension control. This feature allows the driver to maintain ideal driving performance in various driving conditions, without having to switch modes.

> The Multi-Terrain Monitor uses four cameras to help the driver see around the vehicle. The images captured by the front, side and rear cameras can be interchanged and are shown on the entire 12.3-inch display, allowing the driver to check road conditions, which are often in the driver's blind spots.

[53]

> **Technology Deep-Dive: The Magic Behind Lexus AVS**
>
> At the heart of Lexus AVS lies a complex network of sensors, actuators, and advanced algorithms that work harmoniously to create an exceptional driving experience. The system constantly monitors various parameters, including vehicle speed, steering input, body roll, and road conditions. Based on this real-time data, AVS makes rapid adjustments to the suspension components to ensure optimal performance and ride quality.
>
> One of the key components of Lexus AVS is the adaptive dampers. These dampers feature a specialized fluid that can change its viscosity in an instant, allowing for precise control over the suspension response. When encountering a bumpy road, the dampers automatically soften to absorb the impact, providing a smooth and comfortable ride. On the other hand, during aggressive cornering or sudden maneuvers, the dampers stiffen up, reducing body roll and keeping the vehicle stable and composed.

[54]

> A trademark feature of performance-tuned Lexus F Sport models like the new Lexus IS F Sport, the Lexus Adaptive Variable Air Suspension will sharpen handling and increase stability when you reach high speeds. The Lexus Adaptive Variable Suspension employs an array of sensors that monitor G-forces and will automatically adjust the suspension dampers to improve performance. Lexus Drive Mode Select and manual controls can also be used to adjust suspension performance and ride height. Learn how to use the Lexus Adaptive Variable Air Suspension with this quick guide by Earnhardt Lexus. Find a Lexus model equipped with the Lexus Adaptive Variable Air Suspension today when you visit the Earnhardt Lexus inventory!

[55]

---

[53] https://pressroom.lexus.com/whats-new-2024-lexus-lx-600/

[54] https://www.lexusoflakeridge.com/en/news/view/lexus-adaptive-variable-suspension-a-smooth-ride-like-no-other/114434

[55] https://www.earnhardtlexus.com/blogs/4363/how-to-use-the-lexus-adaptive-variable-air-suspension



56

79. The Lexus GX 2024 comprises processing circuitry configured to, based on the captured electromagnetic waves and vehicle motion data, predict a first time at which the first wheel will contact a first roadway condition, and a second time at which the second wheel will contact a second roadway condition; and the processing circuitry being configured to accommodate the first roadway condition by configuring the first independent suspension element to a third suspension setting, the third suspension setting differing from the first suspension setting. For example, based on the predicted condition of the road, the AVS System adjusts the suspension of the front and rear wheels.

> Next-generation Lexus vehicles promise peerless performance at every turn and the intelligent Lexus Adaptive Variable Suspension System will upgrade performance and handling. To deliver an elite level of performance, the variable suspension system employs an array of electronic monitors and controls that will instantaneously adjust suspension dampers at each corner of your Lexus vehicle based on vehicle input. The Adaptive Variable Suspension System monitors G-force, yaw rate, vehicle speed and driver input with Drive Mode Select technology to create a flawless ride in all conditions with fast, accurate adjustments to the suspension dampers.

57

> In addition, the operating range of Multi-Terrain Select is from low range (L4) to high range (H4). The Auto mode uses information from various sensors to estimate the road conditions while driving and to optimize brake hydraulic pressure, driving force and suspension control. This feature allows the driver to maintain ideal driving performance in various driving conditions, without having to switch modes.

58

[56] https://global.toyota/en/detail/274094
[57] https://www.earnhardtlexus.com/blogs/4363/how-does-the-lexus-adaptive-variable-suspension-work
[58] https://pressroom.lexus.com/whats-new-2024-lexus-lx-600/

**Technology Deep-Dive: The Magic Behind Lexus AVS**

At the heart of Lexus AVS lies a complex network of sensors, actuators, and advanced algorithms that work harmoniously to create an exceptional driving experience. The system constantly monitors various parameters, including vehicle speed, steering input, body roll, and road conditions. Based on this real-time data, AVS makes rapid adjustments to the suspension components to ensure optimal performance and ride quality.

One of the key components of Lexus AVS is the adaptive dampers. These dampers feature a specialized fluid that can change its viscosity in an instant, allowing for precise control over the suspension response. When encountering a bumpy road, the dampers automatically soften to absorb the impact, providing a smooth and comfortable ride. On the other hand, during aggressive cornering or sudden maneuvers, the dampers stiffen up, reducing body roll and keeping the vehicle stable and composed. [59]


[60]

80. Defendants have and continue to indirectly infringe one or more claims of the '158 Patent by knowingly and intentionally inducing others, including Toyota's customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

81. Defendants, with knowledge[61] that these products, or the use thereof, infringe the

[59] https://www.lexusoflakeridge.com/en/news/view/lexus-adaptive-variable-suspension-a-smooth-ride-like-no-other/114434
[60] https://www.youtube.com/watch?v=MLSJS_9kG6Y, timestamp [3:06] to [3:10].
[61] TMC cited to the '158 Patent family in connection with several of its own foreign patent applications, including JP6269546B2, which was granted on January 31, 2018, and JP6347248B2, which was granted on June 27, 2018. Furthermore, TMC cited to the '158 Patent family in connection with its European Patent Application EP2614970A1 entitled "Suspension System," which was published on July 17, 2013.
Accordingly, Toyota has knowledge of the '158 Patent as early as July 17, 2013, but no later than January 31, 2018. *See* https://patents.google.com/patent/US10479158B2/en?oq=10%2c479%2c158#citedBy.

’158 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the ’158 Patent by providing these products to customers and end-users for use in an infringing manner. Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants’ specific industry, with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the ’158 Patent at least as early as the issuance of the ’158 Patent.

82. Defendants have and continue to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the ’158 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants’ websites, product literature and packaging, and other publications.[62] For example, Defendants provide customers and end-users with Owner’s Manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendants’ Owner’s Manuals and other vehicle information documents are prepared to instruct customers and end-users on how to use the Accused Products

[62] *See* Lexus GX 2024 Owner’s Manual, available at: https://www.lexus.com/My-Lexus/resources#manuals_and_guides_promo; *see also* https://www.toyota.com/owners/warranty-owners-manuals/; https://www.lexus.com/My-Lexus/resources/manual?pubNumber=OM60U77U&model=GX550&year=2024; https://assets.sipb.toyota.com/publications/en/om-s/OM60U89U/pdf/OM60U89U.pdf.

in an infringing manner. On information and belief, the AVS System is on automatically, and therefore, the operation of the Accused Products necessarily infringes the ’158 Patent. Alternatively, Defendants’ instructional materials, such as the Owner’s Manuals, instruct Defendants’ customers and end-users on how to enable the infringing systems, thereby inducing infringement of the ’158 Patent.

83. Because of Defendants’ inducement, Defendants’ customers and end-users use the Accused Products in a way Defendants intend and directly infringes the ’158 Patent. Defendants perform these affirmative acts with knowledge of the ’158 Patent and with the intent, or willful blindness, that the induced acts directly infringe the ’158 Patent.

84. Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the ’158 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants’ affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others’ use and manufacture of the Accused Products such that the ’158 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the ’158 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the ’158 Patent. The accused components include, but are not limited to, the hardware and software components of the AVS System. Defendants perform these affirmative acts with knowledge of the ’158 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’158 Patent.

85. Enpulz has suffered damages as a result of Defendants’ direct and indirect

infringement of the ’158 Patent in an amount to be proved at trial.

86. Enpulz has suffered, and will continue to suffer, irreparable harm as a result of Defendants’ infringement of the ’158 Patent, for which there is no adequate remedy at law, unless Defendants’ infringement is enjoined by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Enpulz prays for relief against Defendants as follows:

a. Entry of judgment declaring that Defendants have directly and/or indirectly infringed one or more claims of the Patents-in-Suit;

b. An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the Patents-in-Suit;

c. An order awarding damages sufficient to compensate Enpulz for Defendants’ infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

d. Entry of judgment declaring that this case is exceptional and awarding Enpulz its costs and reasonable attorney fees under 35 U.S.C. § 285; and

e. Such other and further relief as the Court deems just and proper.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392

Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF***
***ENPULZ AUTOMOTIVE LLC***